[Crim. No. 2962. In Bank.—July 15, 1927.]

## THE PEOPLE, etc., Respondent, v. HARRY K. WEITZEL, Appellant.

[1] CRIMINAL LAW — BRIBERY — APPEAL — EXONERATION OF BAIL.—In this prosecution for bribery the judgment having been reversed without ordering a new trial, the bail is ordered exonerated.

---

(1) 6 C. J., p. 1031, n. 36.

APPEAL from a judgment of the Superior Court of San Diego County and from an order denying a new trial. Geo. H. Cabaniss, Judge Presiding. Reversed.

The facts are stated in the opinion of the court.

Sample & Harden for Appellant.

U. S. Webb, Attorney-General, John W. Maltman, Deputy Attorney-General, and Chester C. Kempley, District Attorney, for Respondent.

THE COURT.—[1] The judgment against the defendant and appellant having been reversed without ordering a new trial, *ante,* p. 116 [52 A. L. R. 811, 255 Pac. 792], it is ordered that the bail of said defendant and appellant be exonerated. (Pen. Code, sec. 1262.)